THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROBERT B. STILLER, Appellant.

Argued January 10, 1939; decided February 21, 1939.

520

*C. Dickerman Williams* and *Roy Guthman* for appellant.

*Thomas E. Dewey, District Attorney (Charles C. Tillinghast, Jr., and William P. Rogers* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.